V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
Office: (415) 776-0207
Fax:  (415) 776-8047
vroylefcourt@sbcglobal.net

Attorney for Defendant
LAWRENCE KENNEDY NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:12-CR-00169 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| LAWRENCE KENNEDY NELSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned parties, Jason Hitt, Assistant United States Attorney and V.Roy Lefcourt, attorney for defendant LAWRENCE KENNEDY NELSON, that the previously scheduled status conference date of August 1, 2013 be vacated and the matter set for status conference on September 26, 2013 at 9:00 a.m.

It is the intent of counsel to resolve this matter by plea, and both parties are confident that a reasonable continuance will result in a plea agreement.  Therefore, it is respectfully requested that a continuance be granted to allow counsel additional time to complete a plea agreement.

Further, the parties agree and stipulate the ends of justice will be served by the granting of such a continuance which outweigh the best interests of the public and the defendant's right to a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv), corresponding to

1

Local Code T-4, from the date of the parties' stipulation, August 1, 2013, to and including September 26, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

**IT IS SO STIPULATED**.


DATED:  July 29, 2013                         Respectfully submitted,


                                              _/s/ V.ROY LEFCOURT_____
                                              V.ROY LEFCOURT
                                              Attorney for Defendant
                                              LAWRENCE KENNEDY NELSON

DATED:  July 29, 2013                         _/s/ JASON HITT_____
                                              JASON HITT
                                              Assistant United States Attorney
                                              By Watina Fee per email authorization



## <u>ORDER</u>

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that a continuance is necessary for the effective preparation of counsel and for the completion of a plea agreement.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

///
///
///
///
///
///

2

The Court orders that the time from the date of the parties' stipulation to and including September 26, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), and Local T-4.  It is further ordered that the August 1, 2013 status conference shall be continued until **September 26, 2013 at 9:00 a.m.** in Courtroom 7.

**IT IS SO ORDERED.**

**Dated:  August 2, 2013**

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT