BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>LAWRENCE KENNEDY NELSON,<br><br>                    Defendant. | CASE NO. 2:12-CR-00169 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Lawrence Kennedy NELSON, by and through his counsel of record, V. Roy Lefcourt, Esq., hereby stipulate as follows:

1.   By previous order, this matter was set for status on September 26, 2013.

2.   By this stipulation, defendant now moves to continue the status conference until November 21, 2013, and to exclude time between September 26, 2013, and November 21, 2013, under Local Codes T2 and T4.  Plaintiff does not oppose this request.

3.   The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery associated with this case includes hundreds of intercepted calls, lengthy wiretap applications, affidavits, and order, written discovery in the form of investigative and surveillance reports and related documents in

1

electronic form (consisting of more than 1,900 pages.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying through a third-party discovery service.

      b)      Counsel for defendant desires additional time to continue investigating any possible defenses to the charges, consult with his client, conduct investigation and research related to the charges, review and copy discovery for this matter, and discuss potential resolutions with his client.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 26, 2013, to November 21, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      g)      This time period is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) [Local Code T2].  This Court has previously made the finding that this matter is complex within the meaning of Local Code T2 based upon representations of counsel, the large number of defendants charged in this case and the related case of <u>United States v. Nicholas Ramirez, et al.</u>, Case No. 2:11-CR-00190 MCE, and the Court's familiarity with the underlying wiretap investigations.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 24, 2013            BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Jason Hitt
                                     JASON HITT
                                     Assistant United States Attorney


Dated: September 24, 2013            /s/ Jason Hitt for V. Roy Lefcourt
                                     Counsel for Defendant – authorized to sign by
                                     email


## ORDER

IT IS SO ORDERED.

Dated: September 26, 2013

                                     _____
                                     MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                     UNITED STATES DISTRICT COURT

3