V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
Office: (415) 776-0207
Fax:  (415) 776-8047
vroylefcourt@sbcglobal.net

Attorney for Defendant
LAWRENCE KENNEDY NELSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LAWRENCE KENNEDY NELSON,

    Defendant.

)
)
)
)
)
)
)
)
)
)

Case No: 2:12-CR-00169 MCE

**STIPULATION AND
ORDER TO CONTINUE STATUS
CONFERENCE AND TO EXCLUDE
TIME PURSUANT TO THE SPEEDY
TRIAL ACT**

     IT IS HEREBY STIPULATED by and between the undersigned parties, Jason Hitt,

Assistant United States Attorney and V.Roy Lefcourt, attorney for defendant LAWRENCE

KENNEDY NELSON, that the previously scheduled status conference date of January 30, 2014

be vacated and the matter set for status conference on April 24, 2014 at 9:00 a.m.

     It is the intent of counsel to resolve this matter by plea, and both parties are confident that

a reasonable continuance will result in a final completion of a plea agreement.  Therefore, it is

respectfully requested that a continuance be granted to allow counsel additional time to complete

a plea agreement.

     Further, the parties agree and stipulate the ends of justice will be served by the granting of

such a continuance which outweigh the best interests of the public and the defendant's right to a

speedy trial and that time within which the trial of this case must be commenced under the Speedy

Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv), corresponding to

Local Code T-4, from the date of the parties' stipulation, January 30, 2014, to and including April 24, 2014.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

**IT IS SO STIPULATED**.

DATED:  January 28, 2014                    Respectfully submitted,


                                    _/s/ V.ROY LEFCOURT_____
                                    V.ROY LEFCOURT
                                    Attorney for Defendant
                                    LAWRENCE KENNEDY NELSON

DATED:  January 28, 2014

                                    _/s/ JASON HITT_____
                                    JASON HITT
                                    Assistant United States Attorney
                                    By Watina Fee


                                    **ORDER**


         IT IS SO ORDERED.

Dated:  January 29, 2014

                                    _____
                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT

2