V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
Office: (415) 776-0207
Fax:  (415) 776-8047
vroylefcourt@sbcglobal.net

Attorney for Defendant
LAWRENCE KENNEDY NELSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 2:12-CR-00169 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **ORDER TO CONTINUE CHANGE** |
| | ) | **OF PLEA AND TO EXCLUDE** |
| LAWRENCE KENNEDY NELSON, | ) | **TIME PURSUANT TO THE SPEEDY** |
| | ) | **TRIAL ACT** |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the undersigned parties, Jason Hitt, Assistant United States Attorney and V.Roy Lefcourt, attorney for defendant LAWRENCE KENNEDY NELSON, that the previously scheduled Change of Plea date of August 14, 2014 be vacated and the matter reset for Change of Plea on October 30, 2014 at 9:00 a.m.

    A continuance in this matter is required in light of the fact that Counsel V.Roy Lefcourt has undergone surgery and is presently recuperating. Therefore, it is respectfully requested that a continuance be granted to allow counsel to recuperate and be physically able to visit his client and finalize the plea agreement.

    Further, the parties agree and stipulate the ends of justice will be served by the granting of such a continuance which outweigh the best interests of the public and the defendant's right to a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv), corresponding to

Local Code T-4, from the date of the parties' stipulation, August 14, 2014, to and including October 30, 2014.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

**IT IS SO STIPULATED**.

DATED:  August 12, 2014                          Respectfully submitted,

                                                /s/ V.ROY LEFCOURT
                                              V.ROY LEFCOURT
                                              Attorney for Defendant
                                              LAWRENCE KENNEDY NELSON

DATED:  August 12, 2014

                                                /s/ JASON HITT
                                              JASON HITT
                                              Assistant United States Attorney
                                              By Watina Fee

### ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that a continuance is necessary for the physically recuperation of counsel and for the finalization of a plea agreement.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time from the date of the parties' stipulation August 14, 2014 to and including October 30, 2014, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), and Local T-4.  The August 14, 2014 Change of Plea date shall be continued until October 30, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  August 13, 2014

                                   MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT