IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: **12 CR 00169-03** |
| Plaintiff, | ) | |
| | ) | **SEALING ORDER** |
| v. | ) | |
| LAWRENCE KENNEDY NELSON, | ) | |
| Defendant. | ) | |

The following documents in this action are placed under seal and shall not be transmitted or otherwise opened except by order of this court upon application:

- DEFENDANT'S SENTENCING MEMORANDUM AND RECOMMENDATION

**IT IS SO ORDERED**.

Dated:  March 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT