BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0169 MCE |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FED. R. CRIM. P. 35 AND ORDER GRANTING MOTION FOR REDUCTION |
| v. | |
| LAWRENCE KENNEDY NELSON, | |
| Defendant. | |

The United States, by and through its attorney of record Assistant United States Attorney Jason Hitt, submits this motion seeking a reduction in the overall sentence of defendant Lawrence Kennedy NELSON ("defendant") based upon substantial assistance that he provided subsequent to his sentencing by this Court.

**BACKGROUND**

On March 26, 2015, this Court sentenced the defendant to 84 months in prison. After sentencing, this Court presided over the trial of Isreal WASHINGTON in <u>United States v. Washington</u>, Case No. 2:13-CR-0206 MCE. At the defendant's sentencing, the Court granted a partial government motion pursuant to U.S.S.G. § 5K1.1. After defendant's sentencing, on July 1, 2015, the defendant provided important trial testimony against Isreal WASHINGTON. As the Court knows well, trial evidence demonstrated that WASHINGTON was a large-scale drug trafficker operating in Sacramento for many years. The defendant was nervous to be cooperating against WASHINGTON but overcame

his fear of retaliation to provide truthful, candid testimony about a cocaine deal with WASHINGTON. Ultimately, the jury returned guilty verdicts against WASHINGTON based, in part, on the defendant's trial testimony. In sum, the defendant's testimony was candid and truthful and played a significant role in the government's successful prosecution of the WASHINGTON case.

Because the defendant has completed his cooperation, the government now moves that his sentence of 84 months be reduced to time served pursuant to Rule 35(b).

On February 2, 2016, I spoke with the defendant's retained counsel, V. Roy Lefcourt, Esq., and explained that the United States intended to make a Rule 35 motion on behalf of his client. Mr. Lefcourt indicated that he and his client waive any need to appear in Court in connection with this motion.

## AUTHORITY

Pursuant to Rule 35 "[t]he court, on motion of the government made within one year after the imposition of the sentence, may reduce a sentence to reflect a defendant's subsequent, substantial assistance in the investigation or prosecution of another person . . . ." Fed. R. Crim. P. 35(b). Based upon the defendant's testimony during the WASHINGTON trial after his sentencing, the United States now moves for the defendant's sentence of 84 months in prison be reduced to a sentence of time served months in prison. If this motion is granted, the United States respectfully requests that the Court issue a release order for the defendant and an amended judgment reflecting the new sentence.

BENJAMIN B. WAGNER
United States Attorney

Dated:  February 2, 2016          By:  /s/ JASON HITT
                                       JASON HITT
                                       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE KENNEDY NELSON,<br><br>　　　　　　Defendant. | CASE NO. 2:12-CR-0169 MCE<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR REDUCTION PURSUANT TO FEDERAL RULE 35 OF FEDERAL RULES OF CRIMINAL PROCEDURE |

Upon motion by the United States of America and good cause having been shown, IT IS HEREBY ORDERED that:

1. The sentence of imprisonment for defendant Lawrence Kennedy NELSON in Case No. 2:12-CR-0169 MCE is hereby REDUCED to time served pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure based upon the government's motion; and

2. The defendant's presence for resentencing on this matter is WAIVED based upon his counsel's representation to the government's attorney.

**IT IS SO ORDERED.**

Dated: February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT